| 1. Person Reporting (Last name, First name, Middle initial) Goodwin, Joseph R - | 2. Court or Organization US District Court, Southern WV | 3. Date of Report 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge\Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 300 Virginia Street E Ste 5009 PO Box 2546 Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 1 15 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  ABN-AMRO Mortgage | Mortage on  Property #4 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Scudder Mt Tax Free Fund | D | Interest | M | T | Part Sale | 3/05 | J | A | |
| 2. | A | Cap Gain | | | Part Sale | 05/09 | J | A | |
| 3. | | | | | Part Sale | 6/23 | J | A | |
| 4. | | | | | Buy | 6/06 | K | | |
| 5. Smith Barney Money Fund | A | Dividend | K | T | Transfer | 11/14 | K | | Transferred to Charles Schwab |
| 6. Common Stock, United Bankshares | C | Dividend | L | T | Transfer | 11/14 | L | | Transferred to Charles Schwab |
| 7. Common Stock, Cisco Systems, Inc. | | None | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 8. | | | | | Part Sale | 12/22 | K | C | |
| 9. Common Stock America Online, Inc. | | None | | | Partial Sale | 3/11 | J | | |
| 10. | | | | | Sell | 10/21 | J | | |
| 11. Common Stock, Microsoft, Corp | A | Dividend | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 12. Common Stock, Intl Business Machine | A | Dividend | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 13. Common Stock, EchoStar Comm Corp | | None | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 14. Common Stock, Intel | A | Dividend | — | | Sell | 11/04 | K | C | |
| 15. Citigroup, Inc. | A | Dividend | | | Sell | 1/22 | K | A | |
| 16. Common Stock, Pfizer | A | Dividend | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 17. Common Stock, EMC Corp-Mass Investment Fund | | None | | | Sell | 4/16 | J | A | |
| 18. Olsten Financial Alert Mutual Fund | | None | | | Sell | 7/22 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Triquint Semiconductor, Inc. Salomon Smith Barney | | None | | | Buy | 1/23 | J | | |
| 20. | | | | | Sell | 2/10 | J | A | |
| 21. Real Estate #2, Ripley, WV 1/2 Undivided Interest | D | Rent | K | W | | | | | |
| 22. Real Estate #4, Ripley, WV | A | Rent | K | W | | | | | |
| 23. Real Estate #5, Ripley, WV | | None | J | W | | | | | |
| 24. 1/4 Min Int Grant & Mineral Co | A | Royalty | J | T | | | | | |
| 25. #1 City National Bank, Ripley, WV | A | Interest | J | T | | | | | |
| 26. #2 City National Bank, Ripley, WV | A | Interest | J | T | | | | | |
| 27. #1 United National Bank, Ripley, WV | | | | | Closed | | | | |
| 28. Greenbrier Garden Apt, Limited Partnership | D | Distribution | | | Sell | 12/31 | K | | |
| 29. Fidelity & Guaranty Life Insurance Policy | | None | J | T | | | | | |
| 30. Strong Money Market Fund | A | Dividend | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 31. Strong Equity Income Fund | A | Dividend | | | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 32. | | | | | Sell | 11/20 | K | D | |
| 33. Strong Growth & Income Fund | A | Dividend | | | Transfer | 11/14 | K | | |
| 34. | | | | | Sell | 11/20 | K | D | |
| 35. Strong Government Security Fund | A | Dividend | | | Transfer | 11/14 | K | | |
| 36. | | | | | Sell | 11/20 | K | C | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Salomon Smith Barney IRA Account No. 1 | | | | | | | | | |
| 38. -Salomon Smith Barney Money Fund | A | Dividend | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 39. -Common Stock EMC Corp | | None | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 40. -Common Stock, Global Crossing LTD | | None | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 41. -Common Stock, Cisco Systems, Inc. | | None | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 42. -Common Stock, IBM. | A | Dividend | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 43. -Common Stock, Portal Software | | None | J | T | Transfer | 11/14 | J | | Transferred to Charles Schwab |
| 44. Trust #1 | A | Royalty | L | T | | | | | |
| 45. -Royalty Interest #1, Nicholas County, WV | | | | | | | | | |
| 46. -Royalty Interest #2, Nicholas County, WV | | | | | | | | | |
| 47. -Royalty Interest #3, Nicholas County, WV | | | | | | | | | |
| 48. -Royalty Interest #4, Nicholas County, WV | | | | | | | | | |
| 49. -Royalty Interest #6, Nicholas County, WV | | | | | | | | | |
| 50. -Royalty Interest #7, Nicholas County, WV | | | | | | | | | |
| 51. -Royalty Interest #8, Nicholas County, WV | | | | | | | | | |
| 52. -Royalty Interest #9, Nicholas County, WV | | | | | | | | | |
| 53. -Royalty Interest #10, Randolph County, WV | | | | | | | | | |
| 54. -Royalty Interest #11, Randolph County, WV | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Royalty Interest #12, Randolph County, WV | | | | | | | | | |
| 56. -Royalty Interst #13, Randolph County, WV | | | | | | | | | |
| 57. -Royalty Interest #14, Randolph County, WV | | | | | | | | | |
| 58. -Royalty Interest #15, Braxton County, WV | | | | | | | | | |
| 59. -Royalty Interest #16, Braxton County, WV | | | | | | | | | |
| 60. -Royalty Interest #17, Braxton County, WV | | | | | | | | | |
| 61. -Royalty Interest #18, Braxton County, WV | | | | | | | | | |
| 62. -Royalty Interest #19, Braxton County, WV | | | | | | | | | |
| 63. -Royalty Interest #20, Braxton County, WV | | | | | | | | | |
| 64. -Royalty Interest #21, Braxton County, WV | | | | | | | | | |
| 65. -Royalty Interest #22, Braxton County, WV | | | | | | | | | |
| 66. -Royalty Interest #23, Braxton County, WV | | | | | | | | | |
| 67. -Royalty Interest #24, Nicholas County, WV | | | | | | | | | |
| 68. -Royalty Interst #25, Nicholas County, WV | | | | | | | | | |
| 69. B B & T Account #1 | A | Interest | J | T | | | | | |
| 70. WV Media Partners | A | Interest | K | T | | | | | |
| 71. Real Estate #6, Charleston, WV | | None | N | R | | | | | |
| 72. Charles Schwab Investment Account | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.  -Common Stock, Citrix Systems, Inc. | | None | J | T | Buy | 11/04 | J | | |
| 74.  -Common Stock EMC Corp Mass | | None | J | T | Buy | 10/21 | J | | |
| 75.  -Common Stock Intrepid Capital Corp | | None | | | Buy | 12/23 | J | | |
| 76. | | | | | Sell | 12/24 | J | | |
| 77.  -Common Stock, JDS Uniphase Corp | | None | J | T | Buy | 11/18 | J | | |
| 78.  -Common Stock, Microsoft Corp | A | Dividend | J | T | Buy | 11/18 | J | | |
| 79.  -Common Stock, Microsoft Corp | | | J | T | Buy | 12/12 | J | | |
| 80.  -Common Stock, Texas Instruments, Inc. | A | Dividend | J | T | Buy | 10/21 | J | | |
| 81.  -Dodge & Cox Mutual Stock Fund | A | Dividend | K | T | Buy | 12/01 | K | | |
| 82.  -Dodge & Cox Mutual Stock Fund | | | K | T | Buy | 12/17 | K | | |
| 83.  -Dodge & Cox Mutual Stock Fund | | | L | T | Buy | 12/29 | L | | |
| 84.  -Vanguard Small Cap Index | A | Dividend | K | T | Buy | 12/01 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Goodwin, Joseph R | 5/10/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1.  The stocks in Items 5 through 21 that were still owned on November 14th were all transferred into a brokerage account at Charles Schwab.  Items 31 through 34 were also transferred into the same brokerage account.  Some of the stocks, as indicated, were then sold.

2.  The stocks in the Salomon Smith Barney IRA Account No. 1, Items 36 through 41 were transferred into an IRA Account with Charles Schwab.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544